# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Brenda Gay Banks,**  
   Debtor.

Case No.: 19–10093–SDB

Judge: Susan D. Barrett

Chapter: 13

### NOTICE OF MODIFICATION OF PLAN BEFORE CONFIRMATION

On February 27, 2020 , the above–captioned Debtor filed a modification of the plan, a copy of which will be sent to you by the debtor in a separate mailing.

Pursuant to 11 U.S.C. § 1323(c), "[a]ny holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection."

THE HEARING ON CONFIRMATION IS ASSIGNED/REASSIGNED FOR:

**May 11, 2020 , at 03:30 PM**  
**Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901**

At the confirmation hearing the Court will conduct a hearing on the modified plan and any motions included therein. Objections to the modified plan and to any motions included in the modified plan shall be filed seven days prior to the hearing date shown above, pursuant to Fed. R. Bankr. P. 3015(f).

*Lucinda Rauback, CLERK*  
United States Bankruptcy Court  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated **March 29, 2020**

*13–39[Rev. 01/18]* **AKG**