IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:   Brenda Gay Banks,

Debtor(s)

Chapter 13
Case No. 19-10093

## Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will not pay less than _____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☐ Raise payments/extend plan as follows: _____

☐ Change valuation(s) as follows: _____

☒ Allow/Modify/Disallow claims as follows: ①-Ditech Finml/U.S. Bnk - claim 18.0 + 18.1 as filed. Ditech Allowd to file supplemtl poc for post petition mortgage payments of 10,784.32 (Feb 19' - May 2020) Debtr to pay direct starting June 2020. (Total allwd 13,485.40)
② Credit Acceptance's claim allowed as filed, fully secured, at 7%, APP $100/mo.

☒ Other: Conn Appliance reserves right to file deficncy claim (Clm 12.0)

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This 11 day of May, 2020.

If applicable:

_____ Debtor (Brenda D. Banks)

_____ Debtor

_____ Debtor's(s') Counsel (Matthew Duncan)

_____ Chapter 13 Trustee/Attorney for Huon Le, Jane Miller

_____ Creditor's Counsel (Conn Appliance, Ditech)

_____ Creditor's Counsel (Credit Acceptance)

_____ Creditor's Counsel

Frederick L. Carpenter
Attorney for Chapter 13
Trustee Huon Le
GA. Bar No. 341438

Revised 12/1/2017                                                    Form 2017-4-A